# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Joint Cooperation Trust Funds, Plaintiff, V. ROCK-IT DRYWALL SERVICE, INC., an Illinois corporation Defendants, | **FILED: JUNE 26, 2008**<br>**08CV3651**<br>**JUDGE ASPEN**<br>**MAGISTRATE JUDGE BROWN**<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| DONALD D. SCHWARTZ |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/Donald D. Schwartz |  |
| FIRM |  |
| ARNOLD AND KADJAN |  |
| STREET ADDRESS |  |
| 19 WEST JACKSON BLVD. |  |
| CITY/STATE/ZIP |  |
| CHICAGO, IL. 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03124459 | (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |