## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3651                    Assigned/Issued  By: AEE

Judge Name: ASPEN                        Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                   (Victim, Against and $ Amount)

☐ Writ _____          ☐ Other
              (Type of Writ)                    _____
                                                _____
                                                  (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                      (Date)

_____

_____