IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, <br> Plaintiffs, <br><br> vs. <br><br> ROCK-IT DRYWALL SERVICE, INC., an Illinois corporation, <br> Defendant. | Case No. 08 C 3651 <br> Judge Darrah |

### NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ATTHONY B. SANDERS and ARNOLD AND KADJAN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), voluntarily dismiss this action without prejudice and represent that the Defendant has not served an Answer or Motion for Summary Judgment.

                                          S/James R. Anderson
                     By:     One of Plaintiffs' Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | Case No. 08 C 3651 Judge Darrah |
| ROCK-IT DRYWALL SERVICE, INC., an Illinois corporation, | ) ) | Magistrate Judge Geraldine |
| Defendant. | ) | Soat Brown |

**NOTICE OF FILING**

To:   Carol A. Thompson, as registered agent for ROCK-IT DRYWALL SERVICE, INC.
      234 Northwest Highway, Suite 100, Barrington, IL 60010.

   PLEASE TAKE NOTICE, that on July 28, 2008, I caused to be filed with the Clerk of the District Court, the attached Notice of Dismissal, a copy of which is hereby served upon you.

                                    S/James R. Anderson
                                    One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, Illinois 60604
(312)236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008 I electronically filed the foregoing Notice of Filing and Notice of Dismissal with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

Carol A. Thompson
Rock-It Drywall Service, Inc.
234 Northwest Highway, Ste. 100
Barrington, IL 60010

**s/James R. Anderson**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 28, 2008